Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza
Newark, New Jersey  07102-5490
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CELGENE CORPORATION and CHILDREN'S MEDICAL CENTER CORPORATION,** | Civil Action No. _____ |
| Plaintiffs, | |
| v. | **(Filed Electronically)** |
| **BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,** | |
| Defendants. | |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, counsel for Plaintiff Celegene Corporation certifies the following:

1. The full name of the party represented by me is: Celgene Corporation.

2. There are no corporate parents of Celgene Corporation which are publicly held, other than Celgene Corporation itself.  No publicly held company owns 10% or more of Celgene Corporation's stock, except Fidelity Management & Research Company.

Dated:  July 3, 2008       By:     s/ Charles M. Lizza
Charles M. Lizza (CL 5036)
William C. Baton (WB 5834)
SAUL EWING
One Riverfront Plaza
Newark, New Jersey 07102
(973) 286-6715
clizza@saul.com

*Attorneys for Plaintiffs*
*CelgeneCorporation and*
*Children's Medical Center Corporation*

OF COUNSEL:

F. Dominic Cerrito
Daniel L. Malone
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Daniel E. Reidy
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
(312) 269-4140

Richard G. Greco
Benjamin C. Hsing
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598
(212) 836-8500

*Attorneys for Plaintiff*
*Celgene Corporation*

Lisa J. Pirozzolo
WILMER CUTLER PICKERING HALE
   AND DORR, LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

*Attorneys for Plaintiff*
*Children's Medical Center Corporation*